# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FRED L. WILLIAMS                                                                                         PETITIONER
ADC #093355

v.                                              4:20-cv-01273-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                               RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 4) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.   After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice and the requested relief is DENIED.

IT IS SO ORDERED this 6th day of November, 2020.


                                             Billy Roy Wilson_____
                                             UNITED STATES DISTRICT JUDGE