# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FRED L. WILLIAMS                                                                                    PETITIONER
ADC #093355

v.                                                  4:20-cv-01273-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 6th day of November, 2020.

                                                     Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE